# EXHIBIT B

**Ateliers** Jean Nouvel

Sharif El-Gamal
**Soho Properties**
**31 West 27th Street, 9th floor**
**New York, NY 10001**
**USA**

To the attention of M.COZZA

N°18/051

Paris,    February 26, 2017

**Invoice**

| PROJECT : | | New York Park Place | | | | | Affaire n° 866 |
|---|---|---|---|---|---|---|---|
| **Phases** | | | Contract | % | Amounts | Invoiced | |
| **Mobilization payment** | May 2014 | | 115 000 | 100% | 115 000 | 115 000 | |
| **Concept Design** | August 2014 | | 115 000 | 100% | 115 000 | 115 000 | |
| | Add services | | 37 686 | 100% | 37 686 | 37 686 | |
| | 2nd contract amendt | 1/2 | 34 155 | 100% | 34 155 | 34 155 | |
| | 2nd contract amendt | 2/2 | 9 108 | 100% | 9 108 | 9 108 | |
| | Hourly billings from | | | | | | |
| | June 30 To August 4, 2016 | | | | | | |
| | 43h x 320$ | | 13 760 | 100% | 13 760 | 13 760 | |
| **Schematic Design** | October 10th-November 9th | | 115 000 | 100% | 115 000 | 115 000 | |
| **2017-2018** | 2nd installment | | 115 000 | 100% | 115 000 | | **$115 000,00** |
| | 3rd installment | | 115 000 | | | | |
| **Design Development** | | | 115 000 | | | | |
| **2018** | | | 115 000 | | | | |
| | | | 115 000 | | | | |
| **Total** | | | 1 014 709 | | 554 709 | 439 709 | **$115 000,00** |

| | To be paid on receipt | | | |
|---|---|---|---|---|
| | | | **Total amount** | **$115 000,00** |

**Bank Information**
BANQUE THEMIS          IBAN : ███████████████████
(USD)                        BIC : ██████████████
France

ATELIERS JEAN NOUVEL  10 cité d'Angoulême 75011 PARIS T(33)1 49 23 83 83 F(33)1 49 14 81 13  info@jeannouvel.fr  sas au capital de 3 000 000 € - siret 398 163 204 000 33 - ape 7112B -  N°TVA FR02398163204