# EXHIBIT C

**Ateliers** Jean Nouvel



Sharif El-Gamal
Soho Properties
31 West 27th Street, 9th floor
New York, NY 10001
USA

To the attention of M.COZZA

N°17/351

Paris,   November 7, 2017

**Invoice**

| PROJECT : | | New York Park Place | | | | Affaire n° 866 |
|---|---|---|---|---|---|---|
| Phases | | Contract | % | Amounts | Invoiced | |
| Mobilization payment | May 2014 | 115 000 | 100% | 115 000 | 115 000 | |
| Concept Design | August 2014 | 115 000 | 100% | 115 000 | 115 000 | |
| | Add services | 37 686 | 100% | 37 686 | 37 686 | |
| | 2nd contract amendt   1/2 | 34 155 | 100% | 34 155 | 34 155 | |
| | 2nd contract amendt   2/2 | 9 108 | 100% | 9 108 | 9 108 | |
| | Hourly billings from June 30 To August 4, 2016  43h x 320$ | 13 760 | 100% | 13 760 | 13 760 | |
| Schematic Design 2017-2018 | October 10th-November 9th | 115 000 | 100% | 115 000 | | $115 000,00 |
| | November 10th -December 9th | 115 000 | | | | |
| | December 10th - January 9th | 115 000 | | | | |
| Design Development 2018 | January 10th -February 9th | 115 000 | | | | |
| | February 10th- March 9th | 115 000 | | | | |
| | March 10th - April 9th | 115 000 | | | | |
| Total | | 1 014 709 | | 439 709 | 324 709 | $115 000,00 |
| | To be paid on receipt | | | | Total amount | $115 000,00 |

**New bank Information**
BANQUE THEMIS     IBAN :
(USD)                         BIC :
France

ATELIERS JEAN NOUVEL  10 cité d'Angoulême 75011 PARIS T(33)1 49 23 83 83 F(33)1 49 14 81 13  info@jeannouvel.fr  sas au capital de 3 000 000 € - siret 398 163 204 000 33 - ape 7112B - N°TVA FR02398163204