UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.A.S.U. ATELIERS JEAN NOUVEL,

              Plaintiff,

-against-

45 PARK PLACE PARTNERS, LLC,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

20 Civ. 4466 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On Janury 21, 2021, the Court ordered the parties to submit a joint status letter by June 2, 2021. ECF No. 57 ¶ 16.

    That submission is now overdue. Accordingly, the parties shall submit their joint status letter by **5:00 p.m.** on **June 7, 2021**.

    SO ORDERED.

Dated: June 4, 2021
         New York, New York

ANALISA TORRES
United States District Judge