UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:20-cv-04466

S.A.S.U. ATELIERS JEAN NOUVEL,

    Plaintiff,

v.

PARK 51, INC. and SOHO PROPERTIES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, S.A.S.U. ATELIERS JEAN NOUVEL, and Defendants PARK 51, INC. and SOHO PROPERTIES, INC., by and through their respective counsel, stipulate that this suit is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: June 7, 2021.

Respectfully submitted,

| | |
|---|---|
| By: */s/ Benjamin Brodsky* <br> Benjamin H. Brodsky, Esq. <br> Florida Bar No. 73748 <br> BRODSKY FOTIU-WOJTOWICZ, PLLC <br> *Counsel for Plaintiff* <br> 200 SE 1 Street, Suite 400 <br> Miami, Florida 33131 <br> Tel:  305-503-5054 <br> Fax:  786-749-7644 <br> bbrodsky@bfwlegal.com <br> docketing@bfwlegal.com | By: */s/ Josheph Czerniawski* <br> Joseph E. Czerniawski, Esq. <br> Eli Burton, Esq. <br> CONDON & FORSYTH, LLP <br> *Counsel for Defendants* <br> 7 Times Square, 18th Floor <br> New York, NY 10036 <br> 212-894-9100 <br> 212-370-4453 <br> jczerniawski@condonlaw.com <br> eburton@condonlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by e-mail on June 7, 2021, on all counsel or parties of record on the Service List below.

/s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky

## SERVICE LIST

Joseph E. Czerniawski, Esq.
Eli Burton, Esq.
CONDON & FORSYTH, LLP
*Counsel for Defendants*
7 Times Square, 18th Floor
New York, NY 10036
212-894-9100
212-370-4453
jczerniawski@condonlaw.com
eburton@condonlaw.com